UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                         02 CR. 673 (RMB)

   -against-

                                                                                                          **ORDER**

GAYA GAYATRINATH,
                Defendant.
------------------------------------------------------------X

      On consent of all parties, and because of Mr. Gayatrinath's continued compliance with supervised release for two years, including, but not limited to, his age, his successful completion of treatment and his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective immediately is warranted in the instant case. The Court finds that Mr. Gayatrinath has conducted himself in an exemplary and law abiding fashion and exceeded the expectations and requirements of his supervision. See transcript of proceedings held on January 13, 2021 for a complete record.

Dated: January 13, 2021
         New York, NY

                                                                   _____
                                                                        RICHARD M. BERMAN
                                                                            U.S.D.J.